# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## NO. 03-11-00292-CV

---

**Melinda Henry, Appellant**

**v.**

**Carlos Cortez, Appellee**

---

**FROM THE COUNTY COURT AT LAW NO. 2 OF WILLIAMSON COUNTY
NO. 11-0359-FC2, HONORABLE TIMOTHY L. WRIGHT, JUDGE PRESIDING**

---

## M E M O R A N D U M   O P I N I O N

Appellant Melinda Henry filed a notice of appeal on May 4, 2011. This Court has received from the district clerk of Williamson County a copy of the trial court's order granting Henry's motion for new trial on May 18, 2011. On August 31, 2011, the Clerk of this Court sent notice to Henry requesting an explanation in writing of why her appeal should not be dismissed for want of jurisdiction and notifying her that her appeal would be dismissed for want of jurisdiction if she did not respond to this Court by September 12, 2011. To date, Henry has not responded to this Court's notice. We dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 42.3(a).

_____

Melissa Goodwin, Justice

Before Justices Puryear, Rose and Goodwin

Dismissed for Want of Jurisdiction

Filed:   September 16, 2011